Lee Jones

V

Bowie, et al

RECEIVED

AUG -9 2021

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

NO. 1:21-cv-01329 JDDJpm
Judge Dee Rell
Magistrate Judge Joseph HL
pierez-montes

pro Se

## Motion to Amend

I would like to add this information to my civil suite. this is a Receipt to show the Courts warden mcconnell lied about me not buying the medication order by the prison doctor. the warden response was on a bp-q dated 11-7-19

Lee Jones 54704083