UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEE RONDELL JONES #54706-083,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-01329<br>SEC P |
| VERSUS | JUDGE DRELL |
| C. O. BOWIE, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's claims raised under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) (ECF No. 1) are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and § 1915A.

To determine whether the Court has jurisdiction over Plaintiff's claim under the Federal Tort Claims Act, the United States will be added as the sole remaining Defendant and served with process pursuant to a separate and forthcoming Order.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 13th day of October 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT