# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

---

**LEE RONDELL JONES**                          **CASE NO.  21-cv-1329 SEC P**

**-vs-**                                       **JUDGE DRELL**

**C O BOWIE ET AL**                            **MAGISTRATE JUDGE PEREZ-MONTES**

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 74), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 68) is GRANTED, and all remaining claims are DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___29___ day of  April 2025.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**